UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CHAMBERLIN,<br><br>        Plaintiff,<br><br>  v.<br><br>BNSF RAILWAY COMPANY,<br><br>        Defendant. | Case No. 22-cv-00005-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **September 22, 2022.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **September 29, 2022, at 1:30 p.m. via Zoom Webinar** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: August 9, 2022

_____
Richard Seeborg
Chief United States District Judge