Anthony S. Petru, Esq., Cal. State Bar No. 91399
Paula A. Rasmussen, Esq., Cal. State Bar No. 258352
Jessica Danielski, Of Counsel, Cal. State Bar No. 308940
HILDEBRAND, McLEOD & NELSON LLP
Westlake Building
350 Frank H. Ogawa Plaza, Fourth Floor
Oakland, CA 94612-2006
TEL:  (510) 451-6732
FAX:  (510) 465-7023

Attorneys for Plaintiff
JOHN CHAMBERLIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CHAMBERLIN,<br><br>    Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>    Defendant. | CASE NO. 3:22-cv-00005-LB<br>*Complaint Filed: 01/03/2022*<br>*Trial Date: Not Set*<br><br>**STIPULATED REQUEST TO DISMISS ACTION WITH PREJUDICE; ORDER** |

**TO THIS HONORABLE COURT:**

PURSUANT TO FRCP 41(a)(1)(A)(ii), it is hereby stipulated and requested by and between the parties herein, that the above-entitled matter be dismissed with prejudice in its entirety and that each party bear their own costs and attorney's fees.

The parties attest that concurrence in the filing of the foregoing document was obtained from each of the signatories below.

Dated: September 14, 2022                HILDEBRAND, MCLEOD & NELSON, LLP


                                          By: */s/ Paula Rasmussen*
                                              PAULA A. RASMUSSEN, ESQ.
                                              Counsel for Plaintiff
                                              JOHN CHAMBERLIN

1
STIPULATED DISMISSAL WITH PREJUDICE

Dated: September 14, 2022          FLESHER, SCHAFF & SCHROEDER, INC.

                                   By:     /s/ Jason W. Schaff
                                   JASON W. SCHAFF
                                   Attorneys for Defendant
                                   BNSF RAILWAY COMPANY

ORDER

The above-entitled action is hereby dismissed with prejudice. All pending matters are vacated and the Clerk shall close this file.  IT IS SO ORDERED.

DATED: September  14 , 2022

_____
Richard Seeborg
United States District Judge

HILDEBRAND, MCLEOD & NELSON, LLP
350 FRANK H. OGAWA PLAZA, 4TH FLOOR
OAKLAND, CA 94612-2006
TELEPHONE: (510) 451-6732
FACSIMILE: (510) 465-7023